IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>NORTHTOWNE HOMEOWNERS ASSOCIATION, REHANA ULLAH, SHOUKAT ULLAH, AND DENISE HILL<br><br>        Defendants. | Case No.: 1:21-cv-05495<br>Honorable John Robert Blakey |

**<u>NOTICE OF DISMISSAL OF NORTHTOWNE HOMEOWNERS ASSOCIATION</u>**

Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, Nationwide Mutual Insurance Company, hereby dismisses Defendant Northtowne Homeowners Association from this lawsuit without prejudice. Plaintiff previously dismissed Defendant Denise Hill. (Doc. No. 6.). The case remains pending as to Defendants Rehana Ullah and Shoukat Ullah.

        Respectfully Submitted,

        NATIONWIDE MUTUAL INSURANCE COMPANY

        By:    /s/ *Daniel J. Cunningham*
                One of Its Attorneys

Daniel J. Cunningham
Tressler LLP
233 South Wacker Drive – 61st Floor
Chicago, Illinois 60606-6399
(312) 627-4000
dcunningham@tresslerllp.com
*Attorney for Plaintiff Nationwide Mutual Insurance Company*